■ In the Matter of the Claim of KENNETH A. STROUD, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 482]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 27, 2013, which ruled that claimant's request for a hearing was untimely.

Decision affirmed. No opinion.

McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.